## R. E. Morris, as Committee of Alice Morris, and Alice Morris v. R. L. Morris.

(Decided January 20, 1922.)

### Appeal from Green Circuit Court.

Dower—Sale of Inchoate Right of Dower—Insane Persons.—Section 2145 authorizes the sale and conveyance of the inchoate right of dower of a married woman who has become a confirmed lunatic. This section of the statute having been fully complied with in the case at bar and the present value of the wife's dower having been properly estimated the conveyance adjudged was proper and the judgment is affirmed.

C. H. NEGGLE for appellants.

MILBY & HENDERSON for appellee.

OPINION OF THE COURT BY JUDGE MOORMAN—Affirming.

This action was instituted in the Green circuit court by appellee, R. L. Morris, to adjudge the sale and conveyance of the inchoate right of dower of his wife, Alice Morris, in a tract of 181 acres of land in Green county.

Alice Morris was adjudged insane on the 8th day of August, 1906, and has become a confirmed lunatic, being now confined as an inmate in the Central Kentucky Insane Asylum. The land in which her inchoate right of dower is sought to be conveyed was purchased by appellee January 1, 1920. He seeks to sell it for $14,000.00, there being a lien against it for $11,500.00 of the purchase price.

The facts alleged in the petition and shown to exist by the exhibits filed therewith are admitted. On demurrer to the petition it was adjudged that the right of dower was subject to the purchase lien and that appellant, R. E. Morris, as committee for Alice Morris, unite with appellee in a deed conveying the land, the bond required by

the statute having been previously executed by the husband of Alice Morris.

On this appeal we are asked to determine the correctness of the judgment of the circuit court. The proceedings in the circuit court are authorized by and fully comply with the provisions and requirements of section 2145 of Kentucky Statutes, and the present value of the wife's right of dower was properly ascertained.

Accordingly the judgment is affirmed.